## New York Supreme Court.

### Special Term—May, 1889.

## VON PROCHAZKA *against* VON PROCHAZKA.

**Referee's Fees.**—A referee may charge a reasonable fee for considering the matter before him, and for making his report.

BARRETT, J.—The two days when referee was at Jefferson Market on subpœna must be stricken out. Half fees should suffice where adjournment was taken. The charge for preparing report and consideration is reasonable. There should thus be allowed $102 for sessions when testimony was taken ; $60 for adjournments : and $25 for consideration and report. Deducting $50 already paid, there is a balance due of $137. The defendant must pay this, and permit the taking up of report within ten days.